TOMAS E. MARGAIN, Bar No. 193555
Justice at Work Law Group, LLP
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com

ALEXANDER S. RUSNAK, Bar No. 300054
RUSNAK LAW OFFICE
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 780-9835
Facsimile: (408) 351-0114
Arusnak@rusnaklawoffice.com

Attorneys for Plaintiff OSWALDO CRUZ

BRIAN H. SONG, ESQ. (SBN188662)
Briansong@SongLeeLaw.com
SONG & LEE, LLP
4633 Old Ironsides Dr., Ste. 260
Santa Clara, CA 95054
TEL: (408)748-3308;
FAX: (408)748-3309
Attorney for Built-In C&C, Inc., Niviya, Inc.,
Hyung Ki Han, (aka Young K. Han), Mina Han (aka Mi Ok Han)

UNITED STATES
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSWALDO MORALES;<br><br>          Plaintiff,<br><br>     v.<br><br>BUILT-IN C & C, INC.; NIVIYA, INC., HYUNG KI HAN aka YOUNG K HAN, MINA HAN aka MI OK HAN<br><br>Defendants. | Case No.: 5:17-cv-07262 NC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; DECLARATION OF TOMAS E. MARGAIN** |

- 1 -
STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE

Plaintiff JOSE OSWALDO MORALES and Defendants BUILT-IN C & C, INC.; NIVIYA, INC., HYUNG KI HAN aka YOUNG K HAN, MINA HAN aka MI OK HAN hereby stipulate and agree as follows:

WHEREAS Plaintiff wants to dismiss his lawsuit against Defendants without prejudice;

WHEREAS Defendants have no objection to the dismissal;

WHEREAS the dismissal will not waive any rights of Defendants based on the consequences of the dismissal;

WHEREAS the parties desire that Court dismiss Plaintiff's complaint in the matter.

IT IS SO STIPULATED

Dated: March 16, 2018      //s// Tomas E. Margain
                           TOMAS MARGAIN
                           Attorney for Plaintiff JOSE OSWALDO
                           MORALES

Dated: March 16, 2018

                           By: ____/s/ Brian H. Song_____
                           BRIAN H. SONG
                           Attorney for Built-In C&C, Inc., Niviya, Inc.,
                           Hyung Ki Han, (aka Young K. Han), Mina Han
                           (aka Mi Ok Han)

### DECLARATION OF TOMAS E. MARGAIN

I, Tomas E. Margain, declare as follows:

1. I am one of the attorneys of record for Plaintiff in this case. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto.

2. My client Jose Oswaldo Morales contacted me and asked that I close the case or dismiss the matter. Plaintiff Morales has also put this request in writing.

3. Without waiving the attorney client privilege, the decision to dismiss the matter was not based on any settlement but a choice of Plaintiff to focus on a family health matter in Mexico.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, executed on March 16, 2018 in San Jose, California.

//s// Tomas Margain

## ORDER

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefore, that the above entitled action is hereby dismissed without prejudice.

IT IS SO ORDERED

DATED: March 16, 2018         By: _____
HON. NATHANAEL COUSINS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT



GRANTED
Judge Nathanael M. Cousins